United States District Court
Southern District of Texas

**ENTERED**

May 11, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DANA O., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:25-CV-00046 |
| | § | |
| MICHELLE A. KING, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### MEMORANDUM & RECOMMENDATION

On February 11, 2026, pursuant to sentence five of 42 U.S.C. § 405(g), the Commissioner's determination that Plaintiff Dana O.'s application for supplemental security income benefits be denied was reversed and remanded for further consideration. (D.E. 19). The District Court adopted the undersigned's Memorandum and Recommendation in its entirety (D.E. 18), **GRANTING** Plaintiff's motion for summary judgment (D.E. 11), **DENYING** the Commissioner of Social Security's motion for summary judgment (D.E. 16), **REVERSING** the Commissioner's denial of disability benefits, and **REMANDING** for further consideration. (D.E. 19).

Now pending is Dana O.'s motion for attorney's fees brought pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). (D.E. 21). The Commissioner is unopposed to the motion. For the reasons discussed further below, it is recommended that the motion (D.E. 21) be **GRANTED**.

The undersigned specifically concludes that Dana O. is the prevailing party, the position of the United States was not substantially justified, and there are no special circumstances that make an award of fees unjust. 28 U.S.C. § 2412(d)(1)(A). Moreover, the 31.4 hours spent by counsel, the cost-of-living adjustment, and the $7,051.74 in fees requested (D.E. 21-1) are appropriate and reasonable.

Accordingly, it is recommended that the application for EAJA fees (D.E. 21) be **GRANTED**. It is further recommended that Dana O.'s attorney of record be awarded the sum of $7,051.74 in attorney's fees pursuant to the EAJA. In accordance with *Astrue v. Ratliff*, 560 U.S. 586, 591-98 (2010), the attorney fee award should be made payable to Plaintiff, Dana O., and mailed in care of her attorney, Lindsey M. Sbrolla.

Respectfully recommended on May 11, 2026.

_____
Julie K. Hampton
United States Magistrate Judge

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel.  Within FOURTEEN (14) DAYS after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within FOURTEEN (14) DAYS after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court.  *Douglass v. United* Servs. *Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996)(en banc).